## THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
|    Marilyn M. Cross, | ) | Chapter 11 |
| | ) | |
|         Debtor | ) | Case No. 07-20170 |
| | ) | |
| | ) | Honorable Bruce W. Black |

### FINAL ORDER APPROVING DEBTOR'S OBTAINING CREDIT
### PURSUANT TO 11U.S.C.§ 364

NOW COMES Marilyn M. Cross, Debtor and Debtor in Possession herein, and the Court being fully advised in the premises by the Motion of the Debtor filed herein and arguments of counsel and due notice having been given for the entry of this final order and no objections having been filed or hearings requested and it appearing from the record that no additional collateral is being granted the Creditor under the Retail Installment Contract which is the subject matter of this Order:

ORDERED: That the lien heretofore granted in the Interim Order entered in this matter is hereby approved and made final and it is noted that the lien granted to Perillo-Lincoln Mercury has been assigned to:

    Credit Acceptance Corporation
    P.O. Box 513
    Southfield, MI 48037

And the Debtor is directed to make all payments to said Assignee.

IT IS FURTHER ORDERED: that in the event the debtor fails to make payments I accordance with the Retail Installment Contract, Assignee is authorized to enforce its rights without further order of this Court.

ENTERED: June 4, 2008

                                        Bruce W. Black
                                        United States Bankruptcy Judge